IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF OKLAHOMA

TOMMY CLARK and TAMMY CLARK, Husband  )
and Wife,                             )
                                      )
                 Plaintiff,           )
                                      )
vs.                                   ) No. CIV-08-462-FHS
                                      )
UNITED STATES OF AMERICA,             )
                                      )
                 Defendant.           )


                              **JUDGMENT**

     Pursuant to this court's order of August 31, 2009, the court orders judgment entered for the defendant United States of America and against the plaintiffs Tommy Clark and Tammy Clark.

     **IT IS SO ORDERED** this 3rd day of September 2009.


                                   Frank H. Seay
                                   United States District Judge
                                   Eastern District of Oklahoma